NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ANTONIO J. RODRIGUEZ,**

*Petitioner,*

v.

**MERIT SYSTEMS PROTECTION BOARD,**

*Respondent.*

---

2010-3149

---

Petition for review of the Merit Systems Protection Board in case no. NY0731090060-B-1.

---

**ON MOTION**

---

**ORDER**

Antonio J. Rodriguez moves for leave to file all the documents that he filed at the Merit Systems Protection Board in this case to be considered as his initial brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied. Rodriguez may attach the relevant documents to his informal brief, but he must complete and use the informal brief form (form attached).

Rodriguez's informal brief is due within 30 days of the date of filing of this order.

FOR THE COURT

___FEB 0 4 2011___
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Antonio J. Rodriguez (informal brief form enclosed)
     Michael Carney, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 0 4 2011

JAN HORBALY
CLERK